1   J. Paul Sizemore
    **Sizemore Taylor, LLP**
2   2101 Rosecrans Ave., Suite 5290
    El Segundo, CA 90245
3   Telephone: (310) 322-8800
    Fax: (310) 322-8811
4
    Attorneys for Plaintiffs
5

6

7

8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
14  PRODUCT LIABILITY LITIGATION

15  This Document Relates To:

16  *Nancy Jones v. Pfizer Inc*             **STIPULATION AND ORDER OF**
    (05-4579 CRB)                           **DISMISSAL WITH PREJUDICE**
17

18  *Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.*
    (05-4920 CRB)

19  *Richard Weber and Hattie Weber v. Merck &*
    *Co., Inc. and Pfizer Inc*
20  (05-4921 CRB)

21  *Larry Vilmer and Nancy Vilmer v. Merck &*
    *Co., Inc., Pfizer Inc*
22  (05-4926 CRB)

23  *Rolland Schach and Francis Schach v. Merck &*
    *Co., Inc. and Pfizer Inc*
24  (05-4927 CRB)

25  *Richard Rupniewski and Sharon Rupniewski v.*
    *Merck & Co., Inc. and Pfizer Inc*
26  (05-4928 CRB)

27  *Barbara Goddard and John Goddard v. Pfizer*
    *Inc*
28  (05-5376 CRB)

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2 *Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
   (05-5377 CRB)

3

4 *John Ryan and Anna Ryan v. Pfizer Inc*
   (05-5378 CRB)

5 *Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*

6 (05-5379 CRB)

7 *Mary McKinney v. Pfizer Inc*
   (05-5380 CRB)

8

9 *William Banning and Kimberly Banning v. Pfizer Inc*
   (05-5381 CRB)

10

11 *Garland Schnack and Eileen Schnack v. Pfizer Inc*
   (06-0431 CRB)

12

13 *Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
   (06-0440 CRB)

14

15 *Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
   (06-0444 CRB)

16

17 *Sharon Walker v. Pfizer Inc*
   (06-0449 CRB)

18 *Larry Redman v. Merck & Co., Inc. and Pfizer Inc*

19 (06-0463 CRB)

20 *Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*

21 (06-3670 CRB)

22 *Marsha S. Taylor, et al. v. Pfizer Inc*
   (06-3813 CRB)

23

24 *Linda Rinche and Paul Rinche v. Pfizer Inc*
   (06-4832 CRB)

25 *Jerry D. Crane and Connie M. Crane v. Pfizer Inc*

26 (06-6778 CRB)

27 *Matthew Champagne, et al. v. Pfizer Inc*
   (06-7405 CRB)

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1   *Annetta Papa v. Pfizer Inc*
    (06-7894 CRB)

2

3   *Ferrell Heeter and Judy Heeter v. Pfizer Inc*
    (06-7895 CRB)

4   *Ronald D. Sanburg, et al. v. Pfizer Inc*
    (06-7896 CRB)

5

6   *Dale D. Anderson v. Pfizer Inc and Merck &*
    *Co., Inc.*
    (07-0358 CRB)

7

8   *Elizabeth Streich, et al. v. Pfizer Inc*
    (07-0468 CRB)

9   *Owen Stevens and Geneva Stevens, his wife v.*
    *Pfizer Inc*

10  (07-1862 CRB)

11  *Dennis Sosebee and Louise Sosebee, his wife v.*
    *Pfizer Inc*

12  (07-1865 CRB)

13  *Render Godfrey and Beverly Godfrey, his wife*
    *v. Pfizer Inc*

14  (07-1867 CRB)

15

16      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

17  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18  stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing

19  its own attorneys' fees and costs.

20

21      DATED: Jan 2Δ 2010      By:

22                                  **SIZEMORE TAYLOR, LLP**
                                    2101 Rosecrans Ave., Suite 5290

23                                  El Segundo, CA 90245
                                    Telephone: (310) 322-8800

24                                  Fax: (310) 322-8811

25                                  *Attorneys for Plaintiffs*

26

27

28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: 1/28, 2010     By: /s/

3                          **DLA PIPER LLP (US)**
                           1251 Avenue of the Americas
4                          New York, New York 10020
                           Telephone: (212) 335-4500
5                          Facsimile: (212) 335-4501

6                          *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

9

10   Dated: Feb. 2, 2011

11                         Hon. Charles R. Breyer
                           United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**